**Order entered February 1, 2017**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00528-CR

### JOSE GARDUNO GUZMAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 219th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 219-80007-2015

## ORDER

We **REINSTATE** this appeal.

On January 31, 2017, we were notified by the trial court that Robert Herrington had been appointed as appellate counsel in this appeal. Because findings are no longer necessary, we **VACATE** that portion of our January 30, 2017 order.

We **DIRECT** the Clerk to remove Gilbert Medina and substitute Robert Herrington as counsel of record for appellant.

The clerk's record and reporter's record have been filed. We **ORDER** appellant's brief due on or before March 1, 2017.

/s/     LANA MYERS
          JUSTICE